AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:**<br>**1:26-MC-5021** | **Date and time warrant executed:**<br>7/16/26  0900am | **Copy of warrant and inventory left with:** |
| Inventory made in the presence of :  SA Branden Kidder -ATF | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Evidence listed in Attachment B to include photos, videos, and other electronic media

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 4 2026

NATHAN OCHSNER
CLERK OF COURT

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  8/4/26

_____
Executing officer's signature

Ryan Mangum, Special Agent
_____
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the

Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 14 2026

NATHAN OCHSNER
CLERK OF COURT

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. **1:26-MC-5021** |
| FORINSIC EXTRACTION OF AN IPHONE | ) ) ) | |

### SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Texas _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 29, 2026 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ The Honorable Karen Betancourt _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    July 15, 2026, at 12:10 pm

*Karen Betancourt*
*Judge's signature*

City and state:    Brownsville, Texas

The Honorable Karen Betancourt, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched          **1:26-MC-5021**

1.  The forensic extraction, currently located at the HSI Harlingen Office, 1717 Zoy Street, Harlingen, Texas 78552 (the **"TARGET EXTRACTION"**).

2.  The requested warrant would authorize the search of the forensic examination for the purpose of identifying electronically stored data, particularly the data described in Attachment B.

**ATTACHMENT B**                1:26-MC-5021

a. All data on the **TARGET EXTRACTION** described in Attachment A that relates to suspected violations of Title 18 U.S.C. § 922(g) and Title 18 U.S.C. § 554 by Alfredo MURILLO.

b. Any and all text messages, including deleted text messages;

c. Any and all voice messages, including deleted voice messages;

d. Any and all call history logs, including deleted call history;

e. Any and all e-mails and instant messages, including those deleted;

f. Any and all photographs and videos, including those deleted;

g. Any and all telephone contacts reflecting names, addresses, telephone numbers, pager numbers, fax numbers, or telex numbers;

h. Lists of customers and related identifying information as well as dates, places, and amounts of specific transactions;

i. Any information related to co-conspirators of bulk cash smuggling (including names, addresses, phone numbers, or any other identifying information);

j. Any information recording travel itinerary;

k. All bank records, checks, credit card bills, account information, and other financial records;

l. Any and all applications loaded and accessible, including the WhatsApp application;

m. All SIM card data stored or accessible on SIM card(s);

n. Any and all location data;